UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karpis Kochakyan, Alien #071-069-715,<br><br>   Petitioner,<br>      v.<br><br>PAMELA BONDI, in her official capacity as Attorney General,<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>F. SEMAIA, in his official capacity as Warden of Adelanto Detention Facility,<br><br>ERNESTO SANTACRUZ, JR., in his official capacity as Acting ICE Field Office Director,<br>   Respondents. | No. ED CV 25-02924-VBF<br><br>**ORDER ON MOTION FOR A TEMPORARY RESTRAINING ORDER** |

**ORDER ON APPLICATION FOR TEMPORARY RESTRAINING ORDER**

The Court temporarily restrains Respondents from removing Petitioner to a third country without written notice to both Petitioner and Petitioner's counsel. Following notice, Petitioner must be given a meaningful opportunity, and a minimum of 10 days, to raise a fear-based claim for withholding of removal and/or protection under the Convention Against Torture prior to removal.

If Petitioner demonstrates a "reasonable fear" of removal to a third country, Respondents must move to reopen Petitioner's removal proceedings. If Petitioner is not found to have demonstrated a "reasonable fear" of removal to the third country, Respondents must provide a meaningful opportunity, and a minimum 15 days, for Petitioner to seek reopening of his immigration proceedings.

**Respondents SHALL immediately release Petitioner from custody.**

No later than Wednesday, November 26, 2025, respondents MAY SHOW CAUSE, in writing, why the Court should not issue a preliminary injunction as requested by petitioner.

No later than Monday, December 1, 2025, petitioner MAY FILE a reply.

The Court finds this matter suitable for disposition without oral argument.

IT IS SO ORDERED.

Dated:  November 17, 2025                                    /s/ Valerie Baker Fairbank

                                                            _____
                                                            United States District Judge