UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

Karpis Kochakyan, Alien #071-069-714,

    Petitioner,

v.

PAMELA BONDI, in her official capacity as Attorney General,

KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,

U.S. DEPARTMENT OF HOMELAND SECURITY,

F. SEMAIA, in his official capacity as Warden of Adelanto Detention Facility,

ERNESTO SANTACRUZ, JR., in his official capacity as Acting ICE Field Office Director,
    Respondents.

Case No. 5:25-cv-02924-VBF-PD

**ORDER ON MOTION FOR A PRELIMINARY INJUNCTION**

**ORDER ON APPLICATION FOR PRELIMINARY INJUNCTION**

    Having reviewed the Application of Petitioner Karpis Kochakyan for a preliminary injunction, the Court orders as follows:

Respondents are enjoined from removing Petitioner to a third country without written notice to both Petitioner and Petitioner's counsel. Following notice, Petitioner must be given a meaningful opportunity, and a minimum of 10 days, to

raise a fear-based claim for withholding of removal or protection under the Convention Against Torture prior to removal.

If Petitioner demonstrates a "reasonable fear" of removal to a third country, Respondents must move to reopen Petitioner's removal proceedings. If Petitioner is not found to have demonstrated a "reasonable fear" of removal to the third country, Respondents must provide a meaningful opportunity, and a minimum 15 days, for Petitioner to seek reopening of his immigration proceedings.

Respondents are also enjoined from re-detaining Petitioner without first providing a pre-deprivation hearing before a neutral arbiter.  At any such hearing, Respondents will bear the burden of proving by clear and convincing evidence that Petitioner is a flight risk or a danger to the community.

IT IS SO ORDERED.

DATED:  Dec. 3, 2025

*Valerie Baker Fairbank*
_____
United States District Judge