**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

KARPIS KOCHAKYAN,

Petitioner,

v.

PAMELA BONDI, et al.,

Respondents.

Case No. 5:25-cv-02924-VBF-PD

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

**A# 071-069-714**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, the Report and Recommendation of United States Magistrate Judge (“the Report”), Respondents’ Objections to the Report, and Petitioner’s Reply to Respondents’ Objections. The Court has engaged in a *de novo* review of the portions of the Report to which Respondents have objected.

The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. Accordingly, the Petition is granted for the same reasons and on the same terms provided in the order granting preliminary relief, Dkt. No. 11.

Date: September 8, 2026

Valerie Baker Fairbank

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE