JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KARPIS KOCHAKYAN, Petitioner, v. PAMELA BONDI, et al., Respondents. | Case No. 5:25-cv-02924-VBF-PD<br>**JUDGMENT**<br>**A# 071-069-714** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted for the same reasons and on the same terms provided in the order granting preliminary relief, Dkt. No. 11.

The Clerk of the Court is directed to Close this case.

Date: September 8, 2026

Valerie Baker Fairbank

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE